# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

April 25, 2025

CL-2024-0091

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.03).

CL-2024-0092

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.05).

CL-2024-0093

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.06).

CL-2024-0094

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.07).

CL-2024-0095

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.08).

CL-2024-0096

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.09).

CL-2024-0097

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.10).

CL-2024-0098

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.11).

CL-2024-0099

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.12).

CL-2024-0100

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.13).

CL-2024-0101

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.14).

CL-2024-0102

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.15).

CL-2024-0103

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.16).

CL-2024-0104

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.17).

CL-2024-0105

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.18).

CL-2024-0106

Michael Allen Butts v. Tammie J. Butts (Appeal from Jefferson Circuit Court: DR-11-900059.19).

## <u>NOTICE</u>

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, and Lewis, JJ., concur.

Seth P. Rhodebeck, Clerk